Joseph L. Pittera, Esq.
Law Offices of Joseph L. Pittera
1308 Sartori Avenue
Suite 109
Torrance, California 90501
Telephone (310) 328-3588
Facsimile (310) 328-3063
E-mail: jpitteralaw@gmail.com
State Bar Number 170660

Representing Defendant:
William Anguka

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> FORUM NATIONAL INVESTMENTS LTD., DANIEL CLOZZA, ROBERT LOGAN DUNN, WILLIAM BRAD ANGUKA, and AHMAD FARID GHAZNAWI, <br><br> Defendants. | CASE No.: 5:14-cv-02376-JAK-DTB <br><br><br> **DECLARATION OF WILLIAM ANGUKA REGARDING CURRENT FINANCIAL SITUATION** |

I, William Anguka, declare as follows:

1. I am one of the Defendants in the above entitled litigation and I possess knowledge of the information contained herein and if called upon to testify I would competently testify to this information.

2. I graduated from college in the year 2010 at 24 years old. I have never had another job

from graduation. I went into the stock adverting business right after graduation and now I cannot get a job in the financial industry because of the litigation with the SEC. I am currently 30 years old with no job experience and with the SEC litigation publicly available online, no one is willing to hire me.

3. My sole income since graduation from college was the Income I got from advertising stocks. This has since been taken away from me by my agreement to enter into a stipulated judgment with the SEC. I currently rely on my wife as the bread winner to pay all bills in the house including the mortgage which is $2078 while I chip in every now and then with the smaller bills I can pay with money I borrow from friends and family in hopes of paying them when I get a job.

4. Debts that are piling up by the month and increasingly becoming a reality that I will not be able to pay them back anytime soon. I am currently a stay at home dad with my 1 year old daughter since we can't afford childcare on top of bills for running the house.

5. I charge all of my bills to my credit card except my car insurance which is $229 per month that is not allowed to be charged to a credit card.

6. The remaining cash balances in my accounts are used to service the credit card bills as they continue rising until I max out my credit cards ultimately filing for bankruptcy if I don't get a job soon.

7. I am writing this declaration because I want the Court to know about my current financial situation as it decides on what penalty to assess pursuant to the Commission's request that is now scheduled for November 14, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on October 31, 2016 at Torrance, California.

/S/William Anguka
10/31/2016 WILLIAM ANGUKA

Re: *SEC v. Forum National Investments,* et al.
Declaration of William Anguka

Page 2

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X]    1308 Sartori Avenue, Suite 109, Torrance, California 90501; **Telephone No. (310) 328-3588; Facsimile No. (310) 328-3063.**

On November 01, 2016, I caused to be served the document entitled **DECLARATION OF WILLIAM ANGUKA REGARDING CURRENT FINANCIAL SITUATION** to the parties to this action addressed as stated on the attached service list:

[ ]    **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[X]    **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ]    **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]    **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ]    **UNITED PARCEL SERVICE (UPS):** By placing in sealed envelope(s) designated by UPS with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Fort Worth, Texas.

[X]    **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ]    **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

[ ]    **(Federal)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Date: November 01, 2016      /s/ Joseph Pittera
                                  Joseph Pittera

Re: *SEC v. Forum National Investments*, et al.                Page 6

# SERVICE LIST

Daniel Clozza, Pro Se
409 English Bluff Road
Delta BC Canada V4M 2M9

Kristin Escalante, California Bar No. 169635
escalantek@sec.gov
U.S. Securities and Exchange Commission Plaintiff's
Local Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904
Attorney for Plaintiff

Chris Davis, Texas Bar No. 24050483
davisca@sec.gov
U.S. Securities and Exchange Commission
801 Cherry Street, Suite 1900, Unit #18
Fort Worth, Texas 76102
Telephone:  (817) 900-2638
Facsimile:   (817) 978-4927
Attorney for Plaintiff

Daniel Clozza, Pro Se
dclozza@foruminvestments.com
409 English Bluff Road
Delta, BC Canada V4M 2M9

Re: *SEC v. Forum National Investments*, et al.
Declaration of William Anguka

Page 7